# ZMO Law PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021

August 27, 2021

**MEMO ENDORSED**

*Via ECF*

Hon. Valerie E. Caproni
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    RE: *United States v. Stanley Hampton*, 20 Cr. 667

Dear Judge Caproni:

    This office represents Stanley Hampton in the above-captioned matter. We write to request that Stanley's conditions of release be modified to remove the curfew condition and instead impose stand-alone monitoring enforced by GPS. Pretrial consents to this modification, and the Government defers to Pretrial.

    Mr. Hampton has obtained employment at Burlington Stores, LLC as a Receiving Associate. H has been asked to work the nightshift, starting this evening, and urgently needs his conditions modified so that he may maintain his employment.

    Thank you for your attention to this case.

Very truly yours,

*Victoria Nicole Medley*

Victoria Nicole Medley

Application GRANTED.

SO ORDERED.

*[signature]*
8/27/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

CC: Christopher Clore (via ECF)
    Pretrial Services Officer Ashley Cosme (via email)

260 Madison Avenue, 17th Floor   New York, NY 10016
(212) 685-0999   info@zmolaw.com
www.zmolaw.com